**PRISONER CASE**
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** CLIFTON DALE

**Defendant(s):** PHILIP CLINE, et al.

**County of Residence (Plaintiff):** COOK

**County of Residence (Defendant):**

**Plaintiff's Address:**
Clifton Dale
#2007-0042561
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

08CV0117
JUDGE DOW
MAG. JUDGE COLE

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

FILED
JAN - 7 2008
Jan 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [x] No

**Signature:** A. E. Woodham  **Date:** 01/07/2008