MHN

**FILED**
2-15-2008
FEB 1 5 2008    MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge Cole                                    CASE # 08C 0117
Northern District of Illinois
219 S. Dearborn ST
Chicago Il 60604

   Clifton Dale -vs- Philip Cline et al

Dear Mr/Mrs Judge Cole

  I am now incarcerated because my public Defender didn't Represent me also I didn't know anything about the law concerning my case. Also for the Record the Antoneyo Robinson Alias is the name they gave me because I was unconcious and wasn't able to give them my Real name which is Clifton Dale. My new address will be 5258 W. Congress Chicago Il 60644

Thank You!    Clifton Dale