

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
JAN 07 2008
Jan 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CLIFTON DALE

_(Enter above the full name of the plaintiff or plaintiffs in this action)_

vs.

PHILIP CLINE
C.P.D. ROGUE # 12892
C.P.D. VELAZQUEZ
CITY OF CHICAGO

_(Enter above the full name of ALL defendants in this action. **Do not** use "et al.")_

Case No: **08CV0117 JUDGE DOW MAG.JUDGE COLE**
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

_BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY._

I.   Plaintiff(s):

Revised: 7/20/05

A. Name: Clifton Dale

B. List all aliases: —

C. Prisoner identification number: 20070042561

D. Place of present confinement: Cook County Jail

E. Address: 2700 South California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Philip Cline

Title: Superintendant

Place of Employment: City of Chicago

B. Defendant: VELAZQUEZ

Title: CHGO. Police officer    UNIT 253 ??

Place of Employment: CHGO.

C. Defendant: Rogue #12892

Title: CHGO. Police officer

Place of Employment: CHGO.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. City of Chicago

Revised: 7/20/05

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A.    Is there a grievance procedure available at your institution?

           YES ( )   NO (X)   If there is no grievance procedure, skip to F.

    B.    Have you filed a grievance concerning the facts in this complaint?

           YES ( )   NO (X)

    C.    If your answer is **YES**:

        1.    What steps did you take?

        2.    What was the result?

        3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

    D.    If your answer is NO, explain why not:



*None Necessary*

Revised: 7/20/05

E.  Is the grievance procedure now completed?  YES ( ← )  NO ( )

F.  If there is no grievance procedure in the institution, did you complain to authorities?  YES ( )  NO ( )

G.  If your answer is YES:

   1.  What steps did you take?

   _____
   _____
   _____

   2.  What was the result?

   _____
   _____
   _____

H.  If your answer is NO, explain why not:

   _____
   _____
   _____

Revised: 7/20/05

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

   A. Name of case and docket number: _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D. List all defendants: _NONE_

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____

   G. Basic claim made: _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

① On June 10, circa 8:30 p.m., Plaintiff Dale was walking down Pulaski, northbound of Gladys, when squadroll containing (2) defendant officers pulled up, they exited & started choking plaintiff Dale, telling him to spit out drugs. They never found any drugs & proceeded to handcuff him.

② Officers began demanding, "Where are the drugs, Where are the guns," Upon which plaintiff Dale replyed he knew nothing. Officers began slapping & punching plaintiff Dale, all the while being handcuffed. Plaintiff was pushed to ground repeatedly, helped upped, & continually berated and harrassed, in plain view of several witnesses.

③ Other officers responded & they all punched & pushed Plaintiff Dale to the ground, thereby causing his most serious injury, which was to his right hip, currently causing him to walk with severe limp, & much pain. This injury constitutes the majority of continuing injury, pain & suffering !!

6

Revised: 7/20/05

1. After being transferred to Harrison/Kedzie police station, Defendant officers saw plaintiff Dale unconscious & transported him to Mt. Sinai, circa 10:30 — 11:00 p.m. Plaintiff regained consciousness at hospital, Sinai personell were taking pictures, & medical attention was provided.

A. Count 1, defendant officers, at all times acting under color of state law, are liable for illegal search & seizure, in violation of the 4th amendment to the U.S. constitution. They are liable in their official capacity, as well as individually.

B. Count 2, defendant officers, also are liable for false arrest.

C. Defendant officers also used excessive force, Plaintiff Dale being handcuffed the entire time he was beaten & chocked by the throat. 14th Amendment Liberty Clause violation.

### Relief

Plaintiff Dale seeks 0$6,000,000, 6million dollars in damages, from all 4 defendants.

### Certification

I certify that the facts stated in this complaint are true to the best of my knowledge, information & belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

VI. Relief:

Clifton Dale
#20070042561
P.O Box 089002
Chgo. Ill. 60608

5258
W. Congress
Chicago Il 60644

signed 12/09/07
Clifton Dale
Revised: 7/20/05