IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFTON DALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 117 |
| | ) | |
| OFFICER ROQUE, | ) | JUDGE DOW |
| et al., | ) | |
| | ) | MAGISTRATE COLE |
| Defendants. | ) | |

**MOTION TO EXTEND THE TIME IN WHICH**
**DEFENDANTS MAY ANSWER OR OTHERWISE PLEAD**

Defendant Chicago Police Officers Paul Roque, Star # 12812, and Gustavo Velazquez, Star # 19969 (Collectively referred to as "Individual Defendants"), and Defendant City of Chicago (City), by their attorney, Joel G. Sandoval, Assistant Corporation Counsel for the City of Chicago, respectfully requests this Honorable Court extend the time in which defendants may answer or otherwise plead to plaintiffs' complaint to June 3rd, 2008. In support of this motion, defendants state:

1. The undersigned filed his appearance for the Individual Defendants and City on April 22, 2008.

2. This motion is defendants' first request for an extension of time to answer or otherwise plead.

3. The undersigned has not yet been able to interview all police personnel necessary to answer the complaint herein.

4. The undersigned has not yet received all police reports and files necessary to answer the complaint herein.

5.   Plaintiff has been notified and will not be prejudiced as a result of said extension of time.

**WHEREFORE,** The Individual Defendants and City respectfully request that they be given until June 3rd, 2008 to answer or otherwise plead to plaintiff's' complaint.

Respectfully submitted,

/s/ JOEL G. SANDOVAL
Joel G. Sandoval
Assistant Corporation Counsel

30 N. LaSalle Street
Suites 1400
Chicago, Illinois 60602
(312) 742-5146
(312) 744-6566 (FAX)
Attorney No.: 6290664