IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFTON DALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 117 |
| | ) | |
| OFFICER ROQUE, | ) | JUDGE DOW |
| et al., | ) | |
| | ) | MAGISTRATE COLE |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing *DEFENDANTS' MOTION TO EXTEND THE TIME TO ANSWER OR OTHERWISE PLEAD PLAINTIFF'S COMPLAINT* and *NOTICE OF MOTION* was served upon Plaintiff Clifton Dale, Prisoner ID # 20070042561, Cook County Jail, P.O. Box 089002, Chicago, IL. 60608 by U.S. Mail on the 22nd day of April, 2008.

Respectfully submitted,

/S/ JOEL G. SANDOVAL
JOEL G. SANDOVAL
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
(312) 742-5146
Atty. No. 06290664