UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFTON DALE, | ) | |
| Plaintiff, | ) | NO. 08 C 117 |
| | ) | |
| v. | ) | JUDGE DOW |
| | ) | |
| PHILIP CLINE, et. al., | ) | MAGISTRATE COLE |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT**

Defendant Police Officers Paul Roque, Star # 12812, and Gustavo Velazques, Star # 19969 (" Individual Defendants"), and Defendant City of Chicago ("City"), by and through their attorney, Joel G. Sandoval, Assistant Corporation Counsel of the City of Chicago, pursuant to the Federal Rules of Civil procedure 12(e), for a more definite statement in the complaint.   In support of this motion, Defendants submit the following:

1. Plaintiff Clifton Dale filed his complaint on March 3rd, 2008 for acts arising out of his arrest on June 9th, 2007.

2. The complaint alleges that on "June 10th, Circa 8:30 p.m. Plaintiff Dale was walking down Pulaski, north bound of Gladys, when squadroll [sic] containing (2) defendant officers pulled up, they exited & started choking plaintiff Dale, telling him to spit out drugs.  They never found any drugs & proceeded to handcuff him" *See* Plntff's Cmplt, Doc. 7. ¶ 1.

3. "Officers began demanding" the location of guns and drugs and began repeatedly slapping and punching Plaintiff.  *Id.* at ¶ 2.

4. "Other officers responded & they all punched and pushed Plaintiff..." causing pain and injury. *Id.* at ¶ 3.

5. Once at the police station, "defendant officers" transported Plaintiff to Mt. Sinai

hospital for medical attention. *Id.* at ¶ 4.

6.  Plaintiff does not identify any officers in the facts of his complaint. Defendants "Philip Cline, C.P.D. Roque # 12892, C.P.D Velazquez", and Defendant City of Chicago are named only in the caption.

7.  The complaint does include allegations directed at "defendant officers", "officers", and "other officers" generally. Such references are so vague and ambiguous that defendants cannot answer plaintiff's complaint without having to speculate as to what conduct refers to which Defendants. Thus, Plaintiff's complaint as plead is defective.

8.  Defendants cannot properly answer Plaintiff's complaint without clarification as to which allege specific act applies to which defendant.

**WHEREFORE**, Individual Defendants and the City respectfully request that this Court order Plaintiff to provide a more definite statement pursuant to the Federal Rules of Civil Procedure, Rule 12(e).

Respectfully Submitted,

/s/   Joel G. Sandoval
JOEL G. SANDOVAL
Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
312.742.5146
312.744.6566 (FAX)
Attorney No.: 06290664