**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Clifton Dale
                Plaintiff,

v.                                        Case No.: 1:08−cv−00117
                                            Honorable Robert M. Dow Jr.

C.P.D. Rogue, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 2, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:Having reviewed Defendants motion for a more definite statement [16], filed on May 27, 2008, the Court grants Defendants motion [16]. Plaintiff is directed to provide a more definite statement that specifies which acts set forth in his complaint apply to which Defendants. Plaintiffs more definite statement is due on or before June 23, 2008. If Plaintiff does not file a more definite statement, his complaint may be dismissed. Notice of Motion date of 6/3/08 is stricken and no appearance will be necessary on that date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.