UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFTON DALE, | ) | |
| Plaintiff, | ) | NO: 08 C 117 |
| | ) | |
| v. | ) | JUDGE DOW |
| | ) | |
| PHILIP CLINE, et. al., | ) | MAGISTRATE COLE |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH DEFENDANTS GRANTED MOTION FOR A MORE DEFINITE STATEMENT

Defendant Chicago Police Officers Paul Roque, Star # 12812, and Gustavo Velazques, Star # 19969 and Defendant City of Chicago, by their attorney, Joel G. Sandoval, Assistant Corporation Counsel for the City of Chicago, respectfully move this Court to dismiss this action pursuant to Fed. R. Civ. P. 37(b), for failure to comply with a court order. In support of this motion, Defendants state as follows:

1. On March 3, 2008, Plaintiff Clifton Dale filed a complaint for acts arising out of his arrest on June 9, 2007 by members of the Chicago Police Department.

2. On May 27, 2008, Defendants filed a motion for a more definite statement pursuant to Fed. R. Civ. P. 12 (e). *See* Doc. 16.

3. On June 2, 2008, this court granted Defendants motion and directed Plaintiff to provide a more definite statement by June 23, 2008. The court further stated that if Plaintiff did not file a more definite statement, his complaint may be dismissed. *See* Doc. 19.

4. To date, Defendants have not received any response or compliance from Plaintiff regarding a more definite statement. Nor has Plaintiff filed a more definite statement with this court.

WHEREFORE, Defendant Chicago Police Officers Paul Roque, Star # 12812, and Gustavo Velazques, Star # 19969 and Defendant City of Chicago respectfully request that this court dismiss this action pursuant to FRCP 37(b) for Plaintiff's failure to comply with this court order to provide a more definite statement .

DATED: July 9, 2008

                                              Respectfully submitted,

BY:   /s/   Joel G. Sandoval
        JOEL G. SANDOVAL
        Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3283
(312) 744-6566 (FAX)
ATTY. NO. 06290664