IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFTON DALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 117 |
| | ) | |
| OFFICER ROQUE, | ) | JUDGE DOW |
| et al., | ) | |
| | ) | MAGISTRATE COLE |
| Defendants. | ) | |

**AMENDED NOTICE OF MOTION**

TO:  CLIFTON DALE
Cook County Jail
Inmate # 20070042561
P.O. Box 089002
Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on *Thursday*, July 17, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, before the Honorable Robert M. Dow Jr., or whomever shall be sitting in his stead, in Room 1919 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached *DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH DEFENDANTS GRANTED MOTION FOR A MORE DEFINITE STATEMENT*.

Respectfully submitted,

/s/ JOEL G. SANDOVAL
Joel G. Sandoval
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 742-5146
Atty. No. 6290664