UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Clifton Dale
                      Plaintiff,

v.                                          Case No.: 1:08−cv−00117
                                                Honorable Robert M. Dow Jr.

C.P.D. Rogue, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 11, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:The Court has before it Defendants motion to dismiss pursuant to Fed. R. Civ. P. 37(b) [20] for failure to comply with the Courts June 2, 2008 order [19] directing Plaintiff to provide a more definite statement of his claim byJune 23, 2008. To date, Plaintiff has not complied with the Courts order. On its own motion, the Court will extend the time until August 11, 2008, in order to give Plaintiff a final opportunity to file a more definite statementthat specifies which acts set forth in his complaint apply to which Defendants. If Plaintiff does not file a more definite statement or otherwise contact the Court by that date, the Court will dismiss this action for want ofprosecution and/or pursuant to Rule 37(b) for failure to comply with a court order. For the time being, Defendants' motion to dismiss [20] is taken under advisement and the notice of motion date of July 17, 2008 is stricken.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.