UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Clifton Dale
                    Plaintiff,

v.                                              Case No.: 1:08−cv−00117
                                                Honorable Robert M. Dow Jr.

C.P.D. Rogue, et al.
                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 27, 2008:

MINUTE entry before the Honorable Robert M. Dow, Jr: On June 2, 2008, this Court granted Defendants motion for a more definite statement [16] and warned Plaintiffthat his complaint might be dismissed if he did not comply with the Courts directive to provide by June 23, 2008, a more definite statement that specifies which acts set forth in his complaint apply to which Defendants. A fewweeks after that deadline passed without compliance by Plaintiff, Defendants filed a motion to dismiss for want of prosecution [20], which the Court took under advisement. On July 11, 2008, the Court extended the time to file a more definite statement until August 11 and warned Plaintiff of the consequences if he did not respond namely, that his complaint would be dismissed for want of prosecution and/or for failure to comply with a court order. Plaintiff has not responded. Accordingly, the Court grants Defendants motion [20] and dismisses this action for want of prosecution. See Williams v. Chicago Bd. of Educ., 155 F.3d 853, 857−58 (7th Cir. 1998) (affirming district courts dismissal for want of prosecution after plaintiff received due warning of sanction of dismissal).Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.